Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 1000
San Jose, CA 95128
Telephone: (408) 246-5500
Fax: (408) 246-1051
jemanuel@hinklelaw.com; jwaelty@hinklelaw.com

Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com; vchetty@vzfirm.com

Attorneys for Plaintiff
RYAN ADLER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ADLER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDWOOD CITY, REDWOOD CITY POLICE DEPARTMENT,<br><br>　　　　Defendants. | Case No.: 3:15-cv-01061 HSG<br><br>**STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED COMPLAINT
Case No. 3:15-cv-01061 HSG

1

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 15(a)(2) by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

DATED: July 27, 2015                            VELTON ZEGELMAN PC

                    By: _/s/ Daniel Velton_____
                    Daniel Velton, Esq.
                    Attorney for Plaintiff RYAN ADLER

DATED: July 27, 2015                            WILEY PRICE & RADULOVICH LLP

                    By: _/s/ Ian P. Fellerman_____
                    Ian Fellerman, Esq.
                    Attorneys for Defendants
                    CITY OF REDWOOD CITY and
                    REDWOOD CITY POLICE
                    DEPARTMENT

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES:

IT IS HEREBY ORDERED that Plaintiff Ryan Adler is granted leave to file his First Amended Complaint.

Date: July 28, 2015

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE