Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 1000
San Jose, CA 95128
Telephone: (408) 246-5500
Fax: (408) 246-1051

Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930

Attorneys for Plaintiff
RYAN ADLER

IAN P. FELLERMAN (State Bar No. 119725)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
Telephone:  (510) 337-2810
Facsimile:   (510) 337-2811

Attorneys for Defendants
CITY OF REDWOOD CITY & REDWOOD CITY
POLICE DEPARTMENT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN ADLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDWOOD CITY, REDWOOD CITY POLICE DEPARTMENT<br><br>　　　　　Defendants. | Case No.:  C 15-01061 HSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION; AND ORDER** |

IT IS HEREBY STIPULATED and agreed by Plaintiff Ryan Adler and Defendants City of Redwood City and the Redwood City Police Department, through their respective counsel of record, that the First Amended Complaint in this action shall be dismissed with prejudice, pursuant to the settlement agreement between the parties.

Date: August 25, 2015                                        JACHIMOWICZ, POINTER & EMANUEL

By:     /s/ Joel P. Waelty
JOEL P. WAELTY
Attorneys for Plaintiff
RYAN ADLER

Date: August 25, 2015                                        WILEY PRICE & RADULOVICH, LLP

By:     /s/ Ian P. Fellerman
IAN P. FELLERMAN
Attorneys for Defendants
CITY OF REDWOOD CITY and REDWOOD CITY POLICE DEPARTMENT

## **ORDER**

Pursuant to the Stipulation of the parties, IT IS ORDERED that Plaintiff's First Amended Complaint in this action is hereby dismissed with prejudice.

Dated:  10/7/2015

_____
Haywood S. Gilliam, Jr.
United States District Judge